IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ISAIAH B. SALOWITZ,

      Appellant,

v.

STATE OF FLORIDA ,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-525

Opinion filed December 21, 2016.

An appeal from the Circuit Court for Clay County.
Gary L. Wilkinson, Judge.

Isaiah B. Salowitz, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer Moore, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, RAY, and MAKAR, JJ., CONCUR.